# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

JONATHAN PAYTON, individually and on behalf of all others similarly situated,

Plaintiff,

vs.

AT&T Corp..,

Defendants.

Case No. 2:19-cv-01914-SVW-MRW

[~~PROPOSED~~] ORDER TO DISMISS ACTION WITH PREJUDICE AS TO PLAINTIFF AND WITHOUT PREJUDICE AS TO THE PUTATIVE CLASS

JS-6

IT IS HEREBY ORDERED that pursuant to the Notice of Plaintiff, this matter is dismissed with prejudice as to Plaintiff and without prejudice as to the putative Class, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Dated this 24 Day of April, 2019.

_____
The Honorable Stephen V. Wilson